AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hardiman, Thomas M. | U. S. Court of Appeals | 5/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge-Active | ☐ Nomination  Date  <br> ☐ Initial  ✔ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

2270 Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | Adjunct Law Professor | Duquesne Law School |
| 3. | Member | Georgetown Law, Board of Visitors |
| 4. | Adjunct Law Professor | Georgetown Law |
| 5. | Council Member | American Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Duquesne Law School - (teaching-Adjunct) | $2,682.97 |
| 2. 10/10/2019 | University of Notre Dame-Seminar (teaching) | $1,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | The First City Company |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Notre Dame Law School | March 1, 2019 | South Bend, IN | Moot Court (Judge) | Transportation/Meals |
| 2. | Georgetown Law | March 13, 2019 | Washington, DC | Corporate Counsel Institute (Speaker) | Transportation |
| 3. | Academy of Appellate Lawyers | April 11-12, 2019 | Philadelphia, PA | Professional Association Conference (Speaker) | Lodging/Transportation/Parking/Meals |
| 4. | American Law Institute | May 19-22, 2019 | Washington, DC | Annual Meeting | Lodging/Transportation/Parking/Meals |
| 5. | Duke Law | June 20-21, 2019 | Raleigh-Durham, NC | Conference (Speaker) | Lodging/Transportation/Parking/Meals |
| 6. | Claremont Institute | August 18-21, 2019 | Newport Beach, CA | Constitution Study Program (Speaker) | Lodging/Transportation/Parking/Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Georgetown Law | September 19-21, 2019 | Washington, DC | Judicial Interpretation Institute (Speaker) | Lodging/Parking/Meals |
| 8. | Notre Dame University | October 10, 2019 | South Bend, IN | Constitutional Studies Program (Teaching) | Transportation/Meals |
| 9. | American Law Institute | October 16-18, 2019 | New York, NY | Council Meeting | Lodging/Transportation/Meals |
| 10. | Georgetown Law | October 18-19, 2019 | Washington, DC | Board of Vistitors Meetings | Meals |
| 11. | Federalist Society | November 14-16, 2019 | Washington, DC | Convention (Speaker) | Lodging/Transportation/Parking/Meals |
| 12. | Federal Bar Association (Hawaii Chapter) | December 5-9, 2019 | Honolulu, HI | Conference (Speaker) | Lodging/Transportation/Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   PNC Checking Account | A | Interest | K | T | | | | | |
| 2.   PNC Money Market Acct. | A | Interest | M | T | | | | | |
| 3.   Vanguard Prmpcp Mut. Fund (MF) | C | Dividend | M | T | | | | | |
| 4.   Vanguard Prime Money Market | C | Interest | N | T | | | | | |
| 5.   Fulton Financial Stk (CS) | A | Dividend | K | T | | | | | |
| 6.   WELLS FARGO ACCT (H) | | | | | | | | | |
| 7.   -Wells Fargo MM Account | A | Interest | L | T | | | | | |
| 8.   -Alphabet Inc. Class A | | None | M | T | | | | | |
| 9.   -Alphabet Inc. Class C | | None | L | T | Donated<br>(part) | 7/23/19 | J | | |
| 10.  -Bank New York Mellon CS | B | Dividend | L | T | | | | | |
| 11.  -Berkshire Hathaway | | None | M | T | | | | | |
| 12.  -Citigroup | C | Dividend | M | T | | | | | |
| 13.  -Fox Corp Class A | A | Dividend | K | T | Sold | 3/19/19 | J | A | |
| 14.  -Duke Energy PF | A | Dividend | K | T | | | | | |
| 15.  -JP Morgan Chase CS | C | Dividend | M | T | | | | | |
| 16.  -T. Mobile | | None | L | | | | | | |
| 17.  -Twenty-First Century CLA | B | Dividend | M | T | Sold | 3/20/19 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -Disney Walt (spin off from Twenty-First Century CLA) | B | Dividend | M | T | Spinoff (from line 17) | 03/19/19 | K | | |
| 19. | | | | | | Sold (part) | 3/20/19 | J | A | |
| 20. | -US Bancorp CS | B | Dividend | K | T | Donated (part) | 7/23/19 | J | | |
| 21. | -Eaton Vance En. Equity MF | A | Dividend | J | T | | | | | |
| 22. | -Eaton Vance Gr. India MF | | Dividend | L | T | | | | | |
| 23. | -Guggenheim Credit Allocation Fd | C | Dividend | K | T | | | | | |
| 24. | -Investment Co. of America MF | C | Dividend | M | T | | | | | |
| 25. | -Monroeville PA Mun. | A | Interest | K | T | | | | | |
| 26. | -Octorara PA Area | B | Interest | K | T | Redeemed | 6/30/19 | K | A | |
| 27. | -ENBRIDGE (f/k/a Spectra Energy Corp) | A | Dividend | J | T | | | | | |
| 28. | -Garnet Valley PA School District Bond | A | Interest | K | T | | | | | |
| 29. | -Carroll Twp PA Auth. Swr Bond | A | Interest | K | T | | | | | |
| 30. | -Washington Mutual Invest. MF | C | Dividend | M | T | | | | | |
| 31. | -Capital World Income MF | A | Dividend | K | T | | | | | |
| 32. | -Europacific Growth MF | A | Dividend | K | T | | | | | |
| 33. | -New Perspective FDA MF | A | Dividend | K | T | | | | | |
| 34. | -Lord Abbett Muni Income | B | Dividend | L | T | Buy | 11/29/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Lord Abbett Equity Trust Calibrated Mid Cap | B | Dividend | L | T | Sold | 11/29/19 | L | A | |
| 36.   -Lord Abbett Secs Trust Growth Leaders Fund | | None | L | T | | | | | |
| 37.   -Flaherty & Crumrin | C | Dividend | L | T | | | | | |
| 38.   -MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | | | | | |
| 39.   -MFS Global Total Rtn Fund Class A | C | Dividend | M | T | | | | | |
| 40.   -MFS Growth Class A | | None | N | T | | | | | |
| 41.   -MFS Mid Cap Value | C | Dividend | N | T | | | | | |
| 42.   -MFS Municipal Limited Maturity Fund | C | Dividend | M | T | Sold<br>(part) | 1/3/19 | K | A | |
| 43. | | | | | Sold<br>(part) | 2/4/19 | K | A | |
| 44. | | | | | Sold<br>(part) | 3/4/19 | K | A | |
| 45. | | | | | Sold<br>(part) | 4/3/19 | K | A | |
| 46. | | | | | Sold<br>(part) | 5/3/19 | K | A | |
| 47. | | | | | Sold<br>(part) | 6/3/19 | K | A | |
| 48. | | | | | Sold<br>(part) | 07/3/19 | K | A | |
| 49. | | | | | Sold<br>(part) | 08/05/19 | K | A | |
| 50. | | | | | Sold<br>(part) | 09/03/19 | K | A | |
| 51. | | | | | Sold<br>(part) | 10/03/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 11/14/19 | K | A | |
| 53. | | | | | Sold<br>(part) | 12/03/19 | K | A | |
| 54. -MFS Utilities Fund | D | Dividend | N | T | | | | | |
| 55. -MFS Global Equity Fund Class A | C | Dividend | N | T | | | | | |
| 56. -MFS International Growth Fund | B | Dividend | M | T | | | | | |
| 57. -MFS International Value Fund | B | Dividend | M | T | | | | | |
| 58. -AMCAP Fund | A | Dividend | M | T | | | | | |
| 59. -Fundamental Investors | B | Dividend | L | T | Buy<br>(add'l) | 01/25/19 | L | | |
| 60. -Growth Fund of America | A | Dividend | M | T | Buy<br>(add'l) | 01/25/19 | L | | |
| 61. -Short Term Bd Fund America Class A | A | Dividend | J | T | | | | | |
| 62. -Pioneer SER TR II AMT Free Municipal Fund CLA | E | Dividend | O | T | | | | | |
| 63. -AB Muni Inc FD National Portfolio | D | Dividend | O | T | | | | | |
| 64. -American Funds Developing World Growth Income | C | Dividend | M | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 02/04/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 68. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| | | |
|---|---|---|
| **Name of Person Reporting** <br> **Hardiman, Thomas M.** | **Date of Report** <br> 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A <br> Description of Assets <br> (including trust assets) <br><br> Place "(X)" after each asset <br> exempt from prior disclosure | B <br> Income during <br> reporting period | | C <br> Gross value at end <br> of reporting period | | D <br> Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) <br> Amount <br> Code 1 <br> (A-H) | (2) <br> Type (e g , <br> div , rent, <br> or int ) | (1) <br> Value <br> Code 2 <br> (J-P) | (2) <br> Value <br> Method <br> Code 3 <br> (Q-W) | (1) <br> Type (e g , <br> buy, sell, <br> redemption) | (2) <br> Date <br> mm/dd/yy | (3) <br> Value <br> Code 2 <br> (J-P) | (4) <br> Gain <br> Code 1 <br> (A-H) | (5) <br> Identity of <br> buyer/seller <br> (if private <br> transaction) |
| 69. | | | | | Buy <br> (add'l) | 06/03/19 | J | | |
| 70. | | | | | Buy <br> (add'l) | 07/03/19 | J | | |
| 71. | | | | | Buy <br> (add'l) | 08/05/19 | J | | |
| 72. | | | | | Buy <br> (add'l) | 09/03/19 | J | | |
| 73. | | | | | Buy <br> (add'l) | 10/03/19 | J | | |
| 74. | | | | | Buy <br> (add'l) | 11/14/19 | J | | |
| 75. | | | | | Buy <br> (add'l) | 12/03/19 | J | | |
| 76.   -Capital Income Builder | A | Dividend | J | T | Sold <br> (part) | 01/25/19 | L | B | |
| 77. | | | | | Sold <br> (part) | 01/25/19 | L | B | |
| 78.   -Small Cap World | | | M | T | Buy | 01/03/19 | J | | |
| 79. | | | | | Buy <br> (add'l) | 02/04/19 | J | | |
| 80. | | | | | Buy <br> (add'l) | 03/04/19 | J | | |
| 81. | | | | | Buy <br> (add'l) | 04/03/19 | J | | |
| 82. | | | | | Buy <br> (add'l) | 05/03/19 | J | | |
| 83. | | | | | Buy <br> (add'l) | 06/03/19 | J | | |
| 84. | | | | | Buy <br> (add'l) | 07/03/19 | J | | |
| 85. | | | | | Buy <br> (add'l) | 08/05/19 | J | | |

| 1 Income Gain Codes: <br> (See Columns B1 and D4) <br> 2 Value Codes <br> (See Columns C1 and D3) <br><br> 3 Value Method Codes <br> (See Column C2) | A =$1,000 or less <br> F =$50,001 - $100,000 <br> J =$15,000 or less <br> N =$250,001 - $500,000 <br> P3 =$25,000,001 - $50,000,000 <br> Q =Appraisal <br> U =Book Value | B =$1,001 - $2,500 <br> G =$100,001 - $1,000,000 <br> K =$15,001 - $50,000 <br> O =$500,001 - $1,000,000 <br><br> R =Cost (Real Estate Only) <br> V =Other | C =$2,501 - $5,000 <br> H1 =$1,000,001 - $5,000,000 <br> L =$50,001 - $100,000 <br> P1 =$1,000,001 - $5,000,000 <br> P4 =More than $50,000,000 <br> S =Assessment <br> W =Estimated | D =$5,001 - $15,000 <br> H2 =More than $5,000,000 <br> M =$100,001 - $250,000 <br> P2 =$5,000,001 - $25,000,000 <br><br> T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 90.   -New World Fund Class | B | Dividend | M | T | Buy | 01/03/19 | J | | |
| 91. | | | | | Buy<br>(add'l) | 02/04/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 93. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 98. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 99. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 100. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |
| 101. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 102.   401(k) ACCOUNT #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Lg. Value Equity MF (Dodge & Cox) | A | Dividend | L | T | | | | | |
| 104. -Lg. Value Growth (T. Rowe Price) | A | Dividend | L | T | | | | | |
| 105. -Mid Cap Value (renamed Janus Henderson Mid Cap Value) | A | Dividend | K | T | | | | | |
| 106. -International Value II (Dodge & Cox) | A | Dividend | K | T | | | | | |
| 107. -Invesco International Growth | A | Dividend | K | T | | | | | |
| 108. 401(k) ACCOUNT #2 (H) | | | | | | | | | |
| 109. -Merrill Lynch Account | A | Interest | J | T | | | | | |
| 110. -Central Europe & Russia MF | A | Dividend | J | T | Sold | 6/13/19 | J | | |
| 111. -Century Link | D | Dividend | K | T | | | | | |
| 112. -Citigroup CS | A | Dividend | J | T | | | | | |
| 113. -General Electric CS | A | Dividend | J | T | | | | | |
| 114. -Sirius XM | A | Dividend | K | T | Buy<br>(add'l) | 6/13/19 | J | | |
| 115. TRUST #1 (H) | | | | | | | | | |
| 116. -Wells Fargo Account | A | Interest | K | T | | | | | |
| 117. -AMCAP MF | A | Dividend | M | T | | | | | |
| 118. -Capital World Gr. & Income MF | B | Dividend | M | T | | | | | |
| 119. -Europacific Growth MF | A | Dividend | L | T | Sold<br>(part) | 02/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Fundamental Inv. MF | B | Dividend | M | T | | | | | |
| 121.  -Growth Fund of America MF | B | Dividend | M | T | | | | | |
| 122.  -Investment Co. of America MF | C | Dividend | M | T | | | | | |
| 123.  -New Perspective MF | B | Dividend | M | T | | | | | |
| 124.  -Washington Mutual Inv. MF | C | Dividend | M | T | | | | | |
| 125.  -Short Term Bd Fund America Class A | A | Interest | J | T | | | | | |
| 126.  TRUST #2 (H) | | | | | | | | | |
| 127.  -Wells Fargo Account | A | Interest | K | T | | | | | |
| 128.  -AMCAP MF | A | Dividend | M | T | | | | | |
| 129.  -Capital World Gr. & Income MF | B | Dividend | M | T | | | | | |
| 130.  -Europacific Growth MF | B | Dividend | M | T | | | | | |
| 131.  -Fundamental Inv. MF | B | Dividend | M | T | | | | | |
| 132.  -Growth Fund of America MF | A | Dividend | M | T | | | | | |
| 133.  -Investment Co. of America MF | B | Dividend | M | T | | | | | |
| 134.  -New Perspective MF | B | Dividend | M | T | | | | | |
| 135.  -Washington Mutual Inv. MF | B | Dividend | M | T | | | | | |
| 136.  -Short Term Bd Fund America Class A | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  TRUST #3 (H) | | | | | | | | | |
| 138.  -Wells Fargo Account | A | Interest | J | T | | | | | |
| 139.  -AMCAP MF | A | Dividend | M | T | | | | | |
| 140.  -Capital World Gr. & Income MF | B | Dividend | M | T | | | | | |
| 141.  -Europacific Growth MF | B | Dividend | M | T | | | | | |
| 142.  -Fundamental Inv. MF | B | Dividend | M | T | | | | | |
| 143.  -Growth Fund of America MF | A | Dividend | M | T | | | | | |
| 144.  -Investment Co. of America MF | B | Dividend | M | T | | | | | |
| 145.  -New Perspective MF | B | Dividend | M | T | | | | | |
| 146.  -Washington Mutual Inv. MF | B | Dividend | M | T | | | | | |
| 147.  -Short Term Bd Fund America Class A | A | Interest | J | T | | | | | |
| 148.  TRUST #4 (H) | | | | | | | | | |
| 149.  -Wells Fargo Account | A | Interest | J | T | | | | | |
| 150.  -AMCAP MF | B | Dividend | M | T | | | | | |
| 151.  -Fundamental Inv. MF | B | Dividend | M | T | | | | | |
| 152.  -Growth Fund of America MF | B | Dividend | M | T | | | | | |
| 153.  -Investment Co. of America MF | C | Dividend | M | T | Sold (part) | 02/26/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -New Perspective MF | | None | M | T | | | | | |
| 155. -Washington Mutual Inv. MF | C | Dividend | M | T | | | | | |
| 156. TRUST #5 (H) | | | | | | | | | |
| 157. -Wells Fargo Bank Account | A | Interest | L | T | | | | | |
| 158. -AMCAP MF | A | Dividend | L | T | | | | | |
| 159. -Capital Income Builder MF | B | Dividend | K | T | | | | | |
| 160. -Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 161. -Eaton Vance Gr. India MF | | None | L | T | | | | | |
| 162. -INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 163. -Fundamental INVS Inc. MF | A | Dividend | L | T | | | | | |
| 164. -Growth Fund of America MF | A | Dividend | L | T | | | | | |
| 165. -Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 166. -MFS Municipal Limited Maturity Fund Class A | C | Dividend | M | T | | | | | |
| 167. -Washington Mutual Investors | A | Dividend | K | T | | | | | |
| 168. -Small Cap World | | None | L | T | Buy | 01/03/19 | J | | |
| 169. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 170. | | | | | Buy (add'l) | 03/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 172. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 174. | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 175. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 176. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 178. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 179. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 180.   -JJ Lorick LLC | F | Distribution | P1 | T | | | | | |
| 181.   -New Perspectives FD Inc. MF | A | Dividend | L | T | | | | | |
| 182.   -Short Term Bd Fund America Class A | A | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |
| 183. | | | | | Sold<br>(part) | 02/04/19 | J | A | |
| 184. | | | | | Sold<br>(part) | 03/04/19 | J | A | |
| 185. | | | | | Sold<br>(part) | 04/03/19 | J | A | |
| 186. | | | | | Sold<br>(part) | 05/03/19 | J | A | |
| 187. | | | | | Sold<br>(part) | 06/03/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 07/03/19 | J | A | |
| 189. | | | | | Sold (part) | 08/05/19 | J | A | |
| 190. | | | | | Sold (part) | 09/03/19 | J | A | |
| 191. | | | | | Sold (part) | 10/03/19 | J | A | |
| 192. | | | | | Sold (part) | 11/04/19 | J | A | |
| 193. | | | | | Sold (part) | 12/03/19 | J | A | |
| 194. -Alphabet Inc. Class A | | None | K | T | | | | | |
| 195. -Alphabet Inc. Class C | | None | K | T | | | | | |
| 196. -Bank of NY Mellon | A | Dividend | K | T | | | | | |
| 197. -Berkshire Hathaway | | None | L | T | | | | | |
| 198. -Citigroup | B | Dividend | K | T | | | | | |
| 199. -JPMorgan Chase CS | B | Dividend | L | T | | | | | |
| 200. -US Bancorp CS | A | Dividend | K | T | | | | | |
| 201. REAL ESTATE PARTNERSHIP (H) | | | | | | | | | |
| 202. -West Moon Twp. Assoc. | E | Distribution | M | U | | | | | |
| 203. -FC Donegal Assoc. | G | Distribution | P1 | U | | | | | |
| 204. -McIntyre Square Assoc. | B | Distribution | L | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  -Madison NM | E | Distribution | M | U | | | | | |
| 206.  WELLS FARGO ACCOUNT:<br>REVOCABLE TRUST (H) | | | | | | | | | |
| 207.  -Wells Fargo MM | A | Dividend | J | T | | | | | |
| 208.  -AMCAP MF | B | Dividend | N | T | | | | | |
| 209.  -Capital World Growth & Income Fd | B | Dividend | M | T | | | | | |
| 210.  -Fundamental Inv. MF | C | Dividend | N | T | | | | | |
| 211.  -Growth Fund America | B | Dividend | N | T | | | | | |
| 212.  -MFS Municipal Limited Maturity Fund | C | Dividend | M | T | | | | | |
| 213.  -New Perspective Fd | B | Dividend | M | T | | | | | |
| 214.  -Smallcap World | | | M | T | | | | | |
| 215.  -Wash Mut Invs Fd | C | Dividend | N | T | | | | | |
| 216.  -AB Municipal Income National Portfolio | D | Dividend | O | T | | | | | |
| 217.  -Pioneer SER TR II AMT-Free Municipal<br>Fund CLA | E | Dividend | O | T | | | | | |
| 218.  TRUST #6 (H) | | | | | | | | | |
| 219.  -Growth Fund America | A | Dividend | L | T | | | | | |
| 220.  -Fundamental Invs. Inc. Class A | A | Dividend | L | T | | | | | |
| 221.  -AMCAP Fund Inc. Class A | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Wells Fargo MM | A | Dividend | J | T | | | | | |
| 223.  ANNUITIES (H) | | | | | | | | | |
| 224.  -PNC Fixed Annuity | A | Interest | J | T | | | | | |
| 225.  -Security Benefit Fixed Annuity | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hardiman, Thomas M.** | 5/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Hardiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544